**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **DARRAIL L SUDBERRY,** | : | Civil Action No. 14-5580 (MCA) |
| *Plaintiff,* | : | |
| v. | : | **ORDER** |
| **STATE OF NEW JERSEY, et al.** | : | |
| *Defendants.* | : | |

**THIS MATTER** having come before the Court by way of this Court's December 8, 2015 Order to Show Cause why Plaintiff pro se Darrail Sudberry's Complaint should not be dismissed for failure to prosecute, Dkt. No. 31;

and it appearing that the Honorable Michael Hammmer issued a Report and Recommendation dated March 2, 2016 in which Judge Hammer recommended that this Court dismiss Plaintiff's case for failure to prosecute, Dkt. No. 33; and

it appearing that neither Defendants nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Hammer's Report and Recommendation

**IT IS** on this 19th day of April, 2016,

**ORDERED** that Judge Hammer's Report and Recommendation dated March 2, 2016, is **ADOPTED** and Plaintiff's case is dismissed with prejudice for failure to prosecute; and it is further

**ORDERED** that this case is hereby **CLOSED**.

*/s Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**